UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
GEORGE G. ALEXANDER,                )
                                    )   No. C20-1358RSL
            Plaintiff,              )
    v.                              )
                                    )   ORDER TO SHOW CAUSE
TD AMERITRADE,                      )
                                    )
            Defendant.              )
_____)

       This matter comes before the Court *sua sponte*. The complaint in the above-captioned matter was filed on September 11, 2020. To date, service of the summons and complaint has not been made on defendant as required by Fed. R. Civ. P. 4(m). Plaintiff is hereby ORDERED to show cause why the complaint should not be dismissed. Plaintiff shall file a responsive brief no later than January 28, 2021. The Clerk of Court shall note this Show Cause on the Court's calendar for Friday, January 29, 2021.

       DATED this 7th day of January, 2020.

                                            Robert S. Lasnik
                                            United States District Judge

ORDER TO SHOW CAUSE