UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GEORGE G. ALEXANDER,

        Plaintiff,

vs.

TD AMERITRADE,

        Defendant.

NO. C20-1358RSL

ORDER OF DISMISSAL FOR FAILURE TO PERFECT SERVICE OF SUMMONS AND COMPLAINT

This matter comes before the Court *sua sponte*. The complaint in this matter was filed on September 11, 2020. To date, plaintiff has failed to perfect service of the summons and complaint upon the defendant or to make a timely request for extension of the service date, as required by Fed. R. Civ. P. 4(m). The Court having given plaintiff notice of this deficiency, Dkt. #6, hereby DISMISSES the above-captioned complaint without prejudice.

IT IS NOW, THEREFORE, ORDERED that this matter be DISMISSED.

DATED this 3rd day of February, 2021.

                                                      Robert S. Lasnik
                                                      United States District Judge

ORDER OF DISMISSAL FOR FAILURE TO PERFECT SERVICE OF SUMMONS AND COMPLAINT

ORDER OF DISMISSAL FOR FAILURE TO PERFECT SERVICE OF SUMMONS AND COMPLAINT